Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

*Middle* District of *Florida*

*Jacksonville* Division

|  |  |
|---|---|
| *Mario Godhigh* | ) Case No. 3:22-cv-872-mmh-JBT |
| | ) *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- *Melissa Ivy Sonness* | ) |
| *Jose Paz & Gilberto Perez,* | ) |
| *George Diaz & Sair Butron.* | ) |
| | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | ) |

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
2022 AUG 11 PM 1:37
FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _MARio Goodhigh_

All other names by which
you have been known: _N/A_

ID Number _M28779_

Current Institution _Florida State Prison_

Address _~~Starke~~ PO BOX 800_

_MiAMi_  _Fl_  _32083_

City    State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _MELiSSA JVY SOftNESS_

Job or Title *(if known)* _StAtE AttoRNEY_

Shield Number

Employer _StAtE AttoRNEY oSSice_

Address _1350 NW 14th AVENUE_

_MiAMi_  _Fl_  _33125_

City    State    Zip Code

☑ Individual capacity      ☐ Official capacity

Defendant No. 2

Name _JOSE PAZ,_

Job or Title *(if known)* _City oF MiAMi PoLiCE_

Shield Number

Employer _City oF MiAMi PoLiCE DEP._

Address _400 NW 2 AVENUE_

_MiAMi_  _Fl_  _~~33133~~ 33128_

City    State    Zip Code

☑ Individual capacity      ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _Gilberto PEREZ_

Job or Title (if known) _POLICE OFFICER_

Shield Number

Employer _City of MIAMI POLICE DEP_

Address _400 NW 2 AVENUE_

_[Miami]_   _[33128]_

      City      State      Zip Code

☑ Individual capacity   ☐ Official capacity

Defendant No. 4

Name _GEORGE DIAZ_

Job or Title (if known) _POLICE OFFICER_

Shield Number

Employer _City of MIAMI POLICE DEP._

Address _400 NW 2 AVENUE_

_MIAMI_   _FL_   _33128_

      City      State      Zip Code

☑ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

_JAIR BUTRON_
_POLICE OFFICER_

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

_City of MIAMI POLICE DEP_
_400 NW 2 AVE_
_MIAMI FLORIDA 33128_

A.  ~~Are you bringing suit against (check all that apply):~~

☐ Federal officials (a Bivens claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_FALSE POLICE REPORT_  _FALSE ARREST_
_AFFIDAVIT_
_Violated my DUE RIGHTS PROCESS_

C.  Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*All DEfENdANts that ACtEd uNdER Color of lAw williNgly dEpRiVEd PlAiNtiff of his CoNstitutioNAl Rights*

**III.    Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*  _____

**IV.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Home*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

OCtobER 22, 2014

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* HAS I WAS Riding my bicycle Going home I WAS stopped by the City of miami police officers, I WAS told to GET off my bicycle then I WAS placed IN BACK of the police CAR UNhandcuffed. then few minutes later I police told me to step out the police CAR NEXT plaintiffs police change plaintiffs with AN UNOCCUPIED

V.    **Injuries** BURGLARY And GRAND theft of REMEX Construction site

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. PLAINTIFF FALSELY ACCOUSED for having Eight CEMENT Chutes IN his possession Chutes ARE things on BACK of CEMENT tRUCKS that Slides out CEMENT.

MAY 28, 2015 PROSECUTOR SHOWED AN photo of me telling to the JURERS to look At the photo EXPOSED to AN ON Going SUBSTANTIAL RISK of SERIOUS hARM Im ASKING this COURt to ORDER

VI.    **Relief** THE officials to RESPOND to the SERIOUS

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. RISK Im FACING PROSECUTOR SHOWED AN photoGRAph of me hAndCuffed to the City of miami police bench At the police StatioN telling to the JURERS to look At photo that I WAS WEARING Shoes that WOULD BE USED AS if I did went Into.

$20 million Dollars / PLAINTIFF ASKING This COURtS for AN INJUNCtive BELIEF. IS to KEEP INJURIES FROM OCCURR ing. IN the first place RELIEF WHERE IS THE SHOE PRINTS.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*EUERY WhEBE I GzO ± SdAY ON top OF MY wBONdUl CONUiCTioN*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

*I wAS told thAt IAFfo wRite to the COURts that SENtENCE ME.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

EVERY FACility that I GO to- I
NEVER lAid DOWN NOt ONE time
APALACHEE CORR. INSt. / FSP.
MADiSON CORR. INSt.   MARiON CORR INST
NEW BIVER CI,   COLUMBiA CI
WALtoN CI.

2.   What did you claim in your grievance?

I NEVER COMMitted ANY CRiME

3.   What was the result, if any?

I Afto tAKE It to thE COURtS thAts
SENtENCE

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I WROtE to thE COURtS
MiAMi DADE CouNty CRiMiNAL
COURtS.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

  1.    If there are any reasons why you did not file a grievance, state them here:

  2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*N/A*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

US District Court middle District of Florida Jacksonville Division

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)    MARIO Godhigh
    Defendant(s)    JOSE PAZ

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    US DISTRICT COURT

3.  Docket or index number
    3:22-CV-629-MMH-LLL

4.  Name of Judge assigned to your case
    MARCIA MORALES HOWARD

5.  Approximate date of filing lawsuit
    06/14/2022

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition.    JUNE 15, 2022

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    CASE Dismissed without PREJudICE

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)    MARIO Goodhigh
       Defendant(s)    JOSE PAZ

2.    Court *(if federal court, name the district; if state court, name the county and State)*

       US District Court

3.    Docket or index number
       3:22-CV-00700-BJD-LLL

4.    Name of Judge assigned to your case
       BRIAN J. DAVIS

5.    Approximate date of filing lawsuit
       07/01/2022

6.    Is the case still pending?

       ☐ Yes
       ☑ No

       If no, give the approximate date of disposition    July 1st 2022

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       Dismissed Without Prejudice

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8-8-2022

Signature of Plaintiff      *Mario Godhigh*
Printed Name of Plaintiff   MARIO Godhigh
Prison Identification #      M28779
Prison Address              PO. Box 800
                            RAiford              Fl    32083
                            City                 State    Zip Code

### B.    For Attorneys

Date of signing:   _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
                            City                 State    Zip Code
Telephone Number            _____
E-mail Address              _____